In the United States District Court
Southern District of Illinois
East Saint Louis Illinois

Christopher H. McCoy      }   14-1379-NJR
                          }
         v                }
                          }
Edmeister et Al           }

## Motion For Injunctive Releif

Comes now, Pro Se plaintiff, Christopher McCoy ("McCoy") And moves this Honorable Court for directive And injunctive relief request as follows:

## Relevant Facts

In December of 2014, the plaintiff McCoy filed A civil action in this Honorable Court as a inmate Against the Administation at USP Marion, Specificly against a Inmate Counselor, At USP Marion the defendent (s) Edmeister

The Clerk of this Honorable Court sent on or Around December 22, 2014 sent, Along with A order A letter to the Trust Fund Officer for IFP information And Autherzation.

Upon reciept of this Honorable Courts corrospondence, the Administation became Aware of the pending litigation against A Staff member (s) And a chain of retaliatory Actions orchestrated by the Administration began.

The most visible one, that the Administration thru Actions of Staff member(s) or a contracted third party that is unknown to McCoy, placed A combonation lock with A laundry loop under McCoy's mattress on the Afternoon of December 30, 2014 while he was out of his assigned, shared cell

(1)

This is a weapon, a very dangerous weapon in prison.

McCoy's lock was on his locker, locked, in his shared cell, protecting his property.

The point to ponder, concider is, "Where did this second lock, set up as a supposed weapon come from"?

All in All this is a sham, a ruse, a fabricated incident by the Administration, all the way down to the the defendent(s) in order to place McCoy in Solitary Confinement, with no access to his private constitutionally protected legal documents, therefore crippling McCoy in litigating his case in this Honorable Court.

It is mentionable, that, this is a frequently implied ploy used by the Administration, staff at USP Marion.

Be it a supposed weapon, Alchohol, Contraband, numerous illegal items that are totaly contray to the persons behavior past and present.

Anyone that is a whistle blower, or whom files any civil action against the Administration, staff at USP Marion is almost instantly taken to segraggation, the "SHU", to cut cut off his access to litigation sourses, be it legal research his files, legal documents, typewriter or other items including communication with this Honorable Court.

## Relief Requested

1) the plaintiff be given ample access to all his legal files and legal material, which are now in his inmate property and secluded from his access.

2) the plaintiff be given liberal access to legal research means

(3)

3) the fabricated pretextual "incident report" of the weapon accusation be adjudicated at once, the plaintiff be removed from segreggation "the SHU" and be returned to the general population of USP MARION

4) a directive and injuction, directing the above be issued by this Honorable Court

5) for any and all other relief that this Honorable Court decrees just and proper under the circumstances

Respestfully Submitted
On this January 12, 2015

_Christopher H McCoy_
Christopher H. McCoy
09150-025
United States Penitentiary
P.O. Box 1000
Marion IL 62959
Appearing in Pro Se

(3)