## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER H. MCCOY,                )
                                     )
      Plaintiff,                    )
                                     )
vs.                                  )     Case No. 14-cv-01379-JPG-DGW
                                     )
ERIC T. EDMISTER, *et al.*,          )
                                     )
      Defendants.                   )

### <u>JUDGMENT</u>

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,   IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Eric T. Edmister, Renee Strauss, Robin V. Byson, and Jeffrey S. Walton** for conspiracy, denial of access to the courts, and for reading and retaining privileged correspondence and documents in violation of the 1st Amendment are dismissed without prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **Eric T. Edmister, Renee Strauss, Robin V. Byson, and Jeffrey S. Walton** and against **Christopher H. McCoy** on his claims for conspiracy, denial of access to the courts, and for reading and retaining privileged correspondence and documents in violation of the 1st Amendment.

**DATED:** 10/17/2016

                                                 **Justine Flanagan, Acting Clerk**

                                               ***s/Tina Gray*, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**